**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JASON R. JUST | ) | CASE NO. 15-57656 |
| SSN: XXX-XX-0482 | ) | CHAPTER 13 |
| | ) | JUDGE J. E. HOFFMAN, JR. |
| Debtor | ) | |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Notice is hereby given of the change of address for Debtor, Jason R. Just. The new address of the Debtor is as follows:

Jason R. Just
P.O. Box 447
Woodsfield, OH 43793

Respectfully Submitted,

/s/ Kelly Gene Kotur
Kelly Gene Kotur
Atty. Reg. No. 81295
Davis and Kotur Law Office Co. LPA
407-A Howard Street
Bridgeport, OH 43912
Telephone: (740) 635-1217
Fax: (740) 633-9843
janelledlo@comcast.net
Attorney for Debtor